**IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| Rodolfo Gonzalez Pena,<br>Petitioner,<br>Vs.<br>DHS/ICE and DOJ,<br>Respondents. | Case No. FECR 201977<br><br>Petition for Writ of Mandamus. |

RECEIVED
SEP 03 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Petitioner Rodolfo Gonzalez Pena, Pro se, requests:
1) That the Immigration and Customs Enforcement immediately execute the Petitioners "Federal Detainer" for removal from the United States, in accordance with the new "Executive Order" signed by President Donald J. Trump.

And in support states the following:

1) Petitioner is a National of the country of Mexico and is an illegal alien.
2) Petitioner came illegally into the United States in 2003, and was convicted by an Iowa jury of felony crimes in the state of Iowa in 2014. Case No. **State of Iowa Vs. Rodolfo Gonzalez Pena FECR201977.**
3) Upon intake with the Iowa Department of Corrections, ICE agents visited Petitioner at the IMCC in Oakdale, Iowa. Where the Petitioner signed the voluntary deportation documents on file with DHS/ICE. Immigration Detainer File No. **077691535.**
4) Currently, Petitioner is still incarcerated with the Iowa Department of Corrections, and is located at the Anamosa State Prison in Anamosa, Iowa - 406 North High Street - Anamosa, Iowa 52205.
5) On January 20, 2025 President Donald J. Trump signed an "Executive Order" directing DHS/ICE agents to locate and remove all criminal illegal aliens located in the United States.

6) Petitioner has been declared a burden to the American taxpayers by the Trump administration. The continued incarceration of the Petitioner in the United States significantly burdens the American taxpayers. The Petitioner is 47 years old and the costs associated with aging and health problems will only increase the taxpayers burden. By returning the Petitioner back to his country of origin, costs to American taxpayers can be focused on lawful citizens.

7) In January 22, 2025 Iowa Governor Kim Reynolds sent out an official "MEMO" to all of the Iowa Department of Corrections facilities directing them to assist and not to resist the Immigration and Customs Enforcement Agency when they show up to any institution to take custody of any illegal criminal alien, but to turn them over to DHS/ICE at their request. This official "MEMO" was sent to all staff in the IDOC and was posted on Iowa's government site where it is still posted.

8) A Federal District Court may grant a "Writ of Mandamus" only in extraordinary situations and only if **1)** the Petitioner can establish a clear and indisputable Right to the relief sought and **2)** the defendant has a nondiscretionary duty to honor that Right and **3)** the Petitioner has no other adequate remedy, **SDDS Inc. Vs. South Dakota (In re SDDS Inc.) 97 F.3d 1030, 1034 (8th Cir 1996).**

9) Under the "All Writs Clause" of the Constitution and **28 U.S.C. 1361** "The District Courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

10) Petitioner, through President Donald Trump's "Executive Order" - being an illegal criminal alien - has the Right to be deported from the United States under "Federal Law" and not be further detained without Due Process.

11) Agents of the United States (ICE, Homeland Security) have the "Indisputable Duty" to honor President Donald Trump's "Executive Order" under

the U.S. Constitution and indeed are executing the Lawful and Legal Directive of President Trump's all over across the United States.

12) Petitioner, a criminal illegal alien, has no other adequate remedy available to him as he is unable to self-deport in compliance with federal, "Executive Authority."

Wherefore Petitioner respectfully prays that this Honorable Court orders the appropriate agencies to execute his "Federal Detainer Order" in effect since 2016, and ORDER the DHS/ICE agents to come to Anamosa State Prison and take custody of his person for removal from the United States back to Mexico, his country of origin.

Respectfully Submitted.

Rodolfo Gonzalez Peña

Rodolfo Gonzalez Peña

Subscribed and sworn before me
this 22 day of August, 20 25

Notary Public

TODD WERLING
Commission Number 855387
My Commission Expires
4-15-27

To: Clerk of Federal District Court for the Northern District of Iowa,

Good day. Please find enclosed the following:

A) Petition for Writ of Mandamus

B) Statement of Inmate Account

Please file this petition with the appropriate Judge for their review, consideration, and adjudication. Please send one (1) copy of this petition to the U.S. Attorney General's Office for their review.

I am enclosing a statement of Inmate Account to show that I am indigent and unable to pay for any filing fees associated with this petition. So I would ask the Court to wave all fees associated with this petition. If this cannot be done, please advise and I will seek alternative resolutions.

Lastly, please send me an electronic filing receipt of this document for my records.

Thank you for your time and attention in this matter and I shall await the Court's reply, which can be sent to me at the below address.

Sincerely.

Rodolfo Gonzalez Pena

Rodolfo Gonzalez Pena

Rodolfo Gonzalez Pena 6408723
Anamosa State Penitentiary
406 North High St.
Anamosa, IA 52205

Subscribed and sworn before me this 22 day of August, 2025

Notary Public

TODD WERLING
Commission Number 855387
My Commission Expires
7-15-27

Rodolfo Gonzalez Peña #6408723
Anamosa State Penitentiary
406 N High street
Anamosa, IA 52205

US POSTAGE PITNEY BOWES
ZIP 52205 $ 000.25⁰
02 4W
0000380462 AUG. 27. 2025




8/27/25
JAS

XRAYED US MARSHALS SERVICE

UNITED STATES DISTRICT COURT
320 SIXTH., Room 301
SIOUX CITY, IA 51101-1210

28 AUG 2025AM 1 L

NOTICE: This Correspondence was mailed from an institution of the Iowa Department of Corrections